THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Timothy Beard, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No.   2008-UP-234
 Submitted April 1, 2008  Filed April 15,
 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 of Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Barbara R.
 Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Timothy Beard appeals his guilty plea to assault and
 battery with intent to kill and failure to stop and render aid or information
 at the scene of an accident with great bodily injury.  On appeal, Beard argues
 his guilty plea failed to conform with the mandates set forth in Boykin v.
 Alabama, 395 U.S. 238 (1969).  Specifically, Beard asserts the trial court
 failed to adequately advise him of his constitutional rights so he could waive
 his rights knowingly and intelligently.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Beards appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J., and PIEPER, J., and GOOLSBY, A.J.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.